UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAWN DELISLE,<br><br>        Plaintiff,<br><br> -against-<br><br>RIKERS ISLAND DOC; BOB BARKER COMPANY, INC,<br><br>        Defendants. | 25-cv-7069 (LTS)<br><br>CIVIL JUDGMENT |

 For the reasons stated in the November 13, 2025, order, this action is dismissed.

 The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: November 19, 2025
    New York, New York

               /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
             Chief United States District Judge